# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAMELA ANNE GALLIGAN, et al.,

    Plaintiffs,

v.

MXBK GROUP SA de CV,

    Defendant.

Case No. 2:09-CV-01917-KJD-RJJ

**ORDER**

    Plaintiffs' Complaint (#1) was filed on October 2, 2009. Service of the Complaint was completed on May 19, 2010, in accordance with the protocol required by the Inter-American Convention on Letters Rogatory for service by publication.[1] (See #14 at 2.) The Clerk of the Court entered default against Defendant on August 10, 2010. Defendant MXBK Group SA de CV has still failed to answer or otherwise respond to the Complaint. Therefore, the Court orders Plaintiffs to file a status report, motion for default judgment, or notice of dismissal under Federal Rule of Civil Procedure 41(a) on or before November 18, 2010.

**IT IS SO ORDERED.**

    DATED this 1st day of November 2010.

_____
Kent J. Dawson
United States District Judge

---

[1] The Court denied Plaintiffs' previous Motion seeking alternate means to effectuate service of process by Federal Express mail services and/or e-mail, and required Plaintiffs to comply with the specifications of the Hague Convention outlining the process to effectuate service through Mexico's Central Authority. (See #10.) Here, Plaintiffs have submitted the affidavit of attorney Andrew P. Gordon in support of their Application for Entry of Default, demonstrating that Plaintiffs filed a Notice of Filing Form C (#11) in accordance with the protocol required by the Inter-American Convention on letters Rogatory for service by publication upon the Defendant, signed by Third District Judge of Civil Matters in the Federal District of Mexico, Lic. Edith E. Alarcon Meixueiro. (See ##11,14.)