ANDREW GORDON, ESQ.
Nevada Bar No. 3421
LISA M. WILTSHIRE, ESQ.
Nevada Bar No. 10470
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile:   (702) 873-9966
agordon@mcdonaldcarano.com

TIMOTHY J. GALLIGAN, ESQ. (admitted *pro hac vice*)
5 Borealis Way
Castle Rock, CO 80108
(303) 660-8787
timothyjgalligan@yahoo.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ANNE GALLIGAN; PACIFIC PAYMENT SOLUTIONS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MXBK GROUP SA de CV,<br><br>Defendant. | CASE NO.: 2:09-cv-01917<br><br>**DEFAULT JUDGMENT** |

Default was entered in this action against defendant MXBK GROUP SA de CV on August 10, 2010. Thereafter, Plaintiffs PAMELA ANNE GALLIGAN and PACIFIC PAYMENT SOLUTIONS, LLC applied to this Court for entry of Default Judgment against defendant MXBK GROUP SA de CV pursuant to Fed.R.Civ.P. 55(b). MXBK GROUP SA de CV is not in the military service of the United States and is not an infant or incompetent person. Good cause appearing therefor,

IT IS ORDERED that PAMELA ANNE GALLIGAN and PACIFIC PAYMENT SOLUTIONS, LLC recover of and from Defendant MXBK GROUP SA de CV as follows: follows:

1. For the principal amount of $88,878,326.41;

2. Post-judgment interest on the Judgment amount, from the date of entry of Judgment until paid in full; and

3. Costs of collection in connection with the Judgment, including reasonable attorneys' fees, as the Court may award from time-to-time upon application by Plaintiff.

DATED this 24 day of November, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

McDonald Carano Wilson LLP


  /s/ Andrew P. Gordon
Andrew P. Gordon, Esq. (#3421)
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada  89102
*Attorneys for plaintiffs*

212507