1
2
3
4
5
6                           UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9   PAMELA ANNE GALLIGAN; PACIFIC          )
    PAYMENT SOLUTIONS, LLC,                 )
10                                          )
                          Plaintiff,        )        2:09-cv-1917KJD-RJJ
11                                          )
    vs.                                     )
12                                          )
    MXBK GROUP SA de CV,                    )             RECUSAL ORDER
13                                          )
                          Defendant.        )
14  _____)

15          The undersigned United States Magistrate Judge for the District of Nevada, hereby

16  recuses himself from the above entitled matter in order to avoid the appearance of impropriety, in

17  a proceeding in which his impartiality might reasonably be questioned in that plaintiffs' counsel

18  is a member of the Merit Selection Panel evaluating the incumbent for reappointment.  Code of

19  Judicial Conduct, Canon 3C(1) and Guide to Judiciary Policies and Procedures, II Op.

20  Committee on Codes of Conduct No. 97 (March 17, 2000).

21          Based on the foregoing, this matter is hereby referred to the Clerk for reassignment.

22          DATED this  _21st_  day of March, 2011.

23
24
25                                          _____
                                            ROBERT J. JOHNSTON
26                                          United States Magistrate Judge
27
28